CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 JUL -3  AM 11: 47

DEPUTY CLERK_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:06-CR-192-N |
| | § | |
| NICK MONARREZ (31) | § | |

## GOVERNMENT'S MOTION TO UNSEAL

**COMES NOW** the United States of America, by and through the United States Attorney for the Northern District of Texas, and files this, its Motion requesting the Court to unseal the indictment as to the above-named defendant.

**WHEREFORE, PREMISES CONSIDERED**, the United States respectfully requests that this motion to unseal be granted as to the above-named defendant.

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*s/Jennifer Tourje*
JENNIFER TOURJE
Assistant United States Attorney
Texas State Bar No. 24010449
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8708
Email: jennifer.tourje@usdoj.gov

**Motion to Unseal - Page 1**