ORIGINAL

```
                                                    U.S. DISTRICT COURT
                                               NORTHERN DISTRICT OF TEXAS
                                                         FILED
                                                      JUL 30 2012

                                               CLERK, U.S. DISTRICT COURT
                                               By _____
                                                          Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 3:06-CR-192-N |
| | § | |
| NICK MONARREZ (31) | § | |

# MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Nick Monarrez,** pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

　　　\_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

　　　\_\_\_\_\_ Maximum sentence life imprisonment or death

　　　✓ 10 + year drug offense

　　　\_\_\_\_\_ Felony, with two prior convictions in above categories

　　　✓ Serious risk defendant will flee

　　　\_\_\_\_\_ Serious risk obstruction of justice

　　　\_\_\_\_\_ Felony involving a minor victim

　　　\_\_\_\_\_ Felony involving a firearm, destructive device, or any other

　　　　　　dangerous weapon

Motion for Detention - Page 1

\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u> The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

✓ Defendant's appearance as required

✓ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u> The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

✓ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

\_\_\_\_ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

\_\_\_\_ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

\_\_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u> The United States requests the Court conduct the detention hearing,

\_\_\_\_ At first appearance

✓ After continuance of _1_ days (not more than 3).

DATED this _30th_ day of July, 2012.

Motion for Detention - Page 2

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*[signature]*

PHELESA M. GUY
Assistant United States Attorney
Texas Bar No. 00798230
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8778
Facsimile:  214.767.4913

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this ___30th___ day of July, 2012.

*[signature]*

PHELESA M. GUY
Assistant United States Attorney

Motion for Detention - Page 3