Nicholas Monarrez
Reg. No. 99897-280
F.C.I. Hazelton
P.O. Box 500
Bruceton Mills, WV., 26525



In The
United States District Court
For The Northern District Of Texas

| | | |
|---|---|---|
| United States Of America,<br>    Plaintiff-Respondent,<br><br>v.<br><br>Nicholas Monarrez,<br>    Defendant-Movant.<br>_____/ | §§§§§§§§§§ | Case No. 3:06-CR-192(31) N<br><br>Monarrez Moves for the<br>Benefit of Amendment 782,<br>Under 18 U.S.C. §3582(c)(2) |

To the Honorable David C. Godbey, United States District Judge,
For The Northern District Of Texas:

Under 3582(c)(2) of Title 18 United States code, Nicolas Monarrez ("Monarrez"), respectfully moves for the benefit of Amendment 782, and the apoointment of attorney, Kimberly C. Oreiest Johnson. Monarrez has spoken with Ms. Prist-Johnson and she has agreed to represent  this matter should this Court datermine that counsel is necessary. In this vein, should the Court determine that counsel is unnecessary, then Monarrez would

request that Court reduce the sentence in accordance with Amendment 782.

Filed under the penalty of perjury this 31st day of October, 2014.

*Nicolas Monarrez*
Nicolas Monarrez

Nicolas Monarrez # 99897-280
F.C.I Hazelton
P.O. Box 5000
Bruceton Mills, West Virginia 26525

FCC Hazelton
Hazelton, WV

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer has raised a question or problem over which this facility has jurisdiction, you may wish to return the material for further information of clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosure to the above address.

Honorable David C. Godbey
United States District Court
Northern District of Texas
1100 Commerce Street Room 1358
Dallas TX 75242-1003