IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:06-CR-192-N |
| | § | |
| NICK MONARREZ (31) | § | |

**ORDER**

This Order addresses the Defendant's Amended Motion for Reduction of Sentence filed November 25, 2014. The guideline range is 120 months since the statutory minimum term of imprisonment is greater than the high end of the applicable guideline range (87 to 108 months). The original guideline range was 120 to 135 months, thus Amendment 782 does not reduce the defendant's guideline calculations. Therefore, based on the defendant's ineligible status, a sentence reduction is not warranted and the motion is denied.

Signed December 8, 2015.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE